No. 724.   MICHALOWSKI *v.* RAGEN, WARDEN.   January 2, 1945.   Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 734.   DAWSON *v.* MICHIGAN.   January 2, 1945. Petition for writ of certiorari to the Supreme Court of Michigan denied.

No. 735.   ADAMS *v.* RAGEN, WARDEN;

No. 736.   HALL *v.* RAGEN, WARDEN;

No. 737.   GLAZIER *v.* RAGEN, WARDEN;

No. 741.   MALLECK *v.* RAGEN, WARDEN;

No. 742.   GALL *v.* CRIMINAL COURT OF COOK COUNTY, ILLINOIS;

No. 743.   LOUGHREN *v.* RAGEN, WARDEN;

No. 745.   NAPLES *v.* RAGEN, WARDEN;

No. 746.   MORRISON *v.* RAGEN, WARDEN; and

No. 760.   BERRY *v.* RAGEN, WARDEN.   January 2, 1945. Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 659.   MONTANYE *v.* NEW YORK.   January 2, 1945. Petition for writ of certiorari to the Court of Claims of New York denied for want of a judgment of the highest court of the State in which a decision could be had. *Beatrice Miller Montanye, pro se.   Messrs. Nathaniel L. Goldstein,* Attorney General of New York, *Orrin G. Judd,* Solicitor General, and *Daniel J. Loventhal,* Deputy Assistant Attorney General, for respondent.

No. 694.   TRAININ *v.* CAIN, COMMANDING OFFICER. January 8, 1945.   Petition for writ of certiorari to the Cir-